UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH SCHMIDT,

            Plaintiff,

  v.

CAROLYN W. CAROLYN, Acting Commissioner of Social Security,

            Defendant.

Case No. C13-1558-RSM-BAT

**ORDER REVERSING AND REMANDING FOR ADDITIONAL ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 18th day of April 2014.

                                               RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE